OSBORN
MALEDON

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone    602.640.9000
Facsimile    602.640.9050

1 Scott W. Rodgers, 013082
2 Ronda R. Fisk, 022100
Brandon A. Hale, 027388
3 OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
4 Phoenix, Arizona 85012-2793
5 (602) 640-9000
srodgers@omlaw.com
6 rfisk@omlaw.com
bhale@omlaw.com
7

8
Attorneys for AAM, LLC
9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 12 | Christopher Crame, an unmarried man, Robert Leatham, a married man dealing with his sole and separate property, | No. |
| 13 | | |
| 14 | Plaintiffs, | (Maricopa County, Superior Court Case No. CV2012-095288) |
| 15 | vs. | |
| 16 | 360 Management, LLC, an Arizona Limited Liability Company doing business under the registered Arizona Trade Name of 360 Property Management; AAM, LLC, an Arizona Limited Liability Company doing business under the registered Arizona Trade Name of AAM; Vision Community Management, LLC is an Arizona Limited Liability Company doing business as Arizona's Vision; Brown Community Management, Inc., an Arizona Corporation doing business as the Registered Arizona Trade Name of Brown Community Management; Cadden Community Management, Inc., an Arizona Corporation, Capital Consultants Management Corporation, a Nevada Corporation; City Property Management Company an Arizona Corporation; Colby Management, Inc., an Arizona Corporation; Cornerstone Properties, Inc. an Arizona Corporation; EPMI, Inc., an Arizona corporation doing business as Eagle Property Management; Golden Valley Property Management, LLC, an | **NOTICE OF REMOVAL** |

| | |
|---|---|
| 1 | Arizona limited liability company; Golden Valley Collections, LLC, an Arizona limited liability company; Community Asset Management, LLC, Arizona limited liability company doing business as HOAMCO (Homeowners Association Management Company), Kachina Management, INC., an Arizona corporation; K Management Services, Inc., an Arizona corporation doing business as Kinney Management Services and Sentinel Services; Metro Property Services, Inc., an Arizona corporation; Morrison Group, Inc., an Arizona corporation; Cimros, Inc., is an Arizona corporation doing business under the trade name Mutual Management Services; Ogden & Company, Inc. West, a Wisconsin corporation authorized to do business in Arizona; Dan Peterson Property Management Company, LLC, an Arizona limited liability company; Planned Development Services, Inc., an Arizona Corporation ; Preferred Communities, LLC, an Arizona limited liability company; Premier Community Management, Inc., an Arizona corporation; Renaissance Community Partners, LLC, an Arizona, limited liability company; Sentry Management, Inc., a Florida Corporation authorized to do business in Arizona; Stratford Management, LLC, an Arizona limited liability company; Northcott Bellow & Associates, Inc., an Arizona corporation doing business under the registered trade name Stratford Management; The Management Trust, Inc., a California corporation authorized to do business in Arizona; and Total Property Management, Inc., is a California corporation doing business in Arizona,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendant AAM, LLC ("AAM") hereby gives notice of removal of the above-captioned action from the Superior Court of Arizona, Maricopa County, to this Court. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiffs' Complaint alleges a violation of the Fair Debt Collection Practices

1  Act, 15 U.S.C. § 1692 et seq.  In support of this Notice of Removal, AAM states as
2  follows:

3      1.      On or about September 10, 2012, Plaintiffs filed their Complaint in an
4  action entitled *Christopher Crame and Robert Leatham v. 360 Management, LLC,*
5  *AAM, LLC, et al.,* CV No. 2012-095288, in the Superior Court of Arizona, Maricopa
6  County (the "State Court Action").  AAM has not yet been served with a Summons and
7  Complaint in the State Court Action, but it has obtained a copy of the Complaint, and
8  the Complaint is attached hereto as **Exhibit A.**

9      2.      Because AAM has not yet been served with a Summons and Complaint,
10  this notice of removal is timely filed under 28 U.S.C. § 1446(b).

11      3.      This Court has original jurisdiction over this action under 28 U.S.C. §
12  1331, and the action may be removed pursuant to 28 U.S.C. § 1441(a), because
13  Plaintiffs' Complaint alleges a violation of federal law.  Specifically, the Complaint
14  alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.
15  The Court has supplemental jurisdiction over the other claims in the Complaint under
16  28 U.S.C. § 1367.

17      4.      Venue in the District of Arizona is proper under 28 U.S.C. § 1441(a)
18  because this Court is the United States District Court for the district and division
19  encompassing the place where the State Court Action is pending.

20      5.      As noted above, Plaintiffs have not yet served AAM with a Summons and
21  Complaint in this matter.  Moreover, AAM is unaware that any defendant has been
22  served.  The Maricopa County Superior Court website docket for the State Court
23  Action, a copy of which is attached hereto as **Exhibit B**, does not reflect a return of
24  service form for any defendant.  Accordingly, upon information and belief, no other
25  defendants are required to join in or consent to this removal under 28 U.S.C. §
26  1446(b)(2)(A).

27      6.      Defendants have filed a copy of this Notice of Removal with the Clerk of
28  the Superior Court of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d)

and Local Rule of Civil Procedure 3.7. A copy of the Notice to the Superior Court is attached hereto as **Exhibit C**.

7. WHEREFORE, AAM respectfully requests that this case proceed before this Court as an action properly removed.

DATED this 14th day of September, 2012.

OSBORN MALEDON, P.A.

By s/Scott W. Rodgers
Scott W. Rodgers
Ronda R. Fisk
Brandon A. Hale
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
Attorneys for AAM, LLC

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012 the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. In addition, I certify that I mailed a copy of the attached document to:

Andrea E. Watters, Esq.
Adam W. Waters, Esq.
WATTERS & WATTERS, P.L.L.C.
2807 East Broadway Blvd.
Tucson, AZ 85716

J. Roger Wood, Esq.
Law Offices of J. Roger Wood, PLLC
1628 East Southern, Suite 9-310
Tempe, AZ 85282

*Attorneys for Plaintiffs*

    s/Andrina Hughes

4449347